# DISABILITY CLAIM REFERRAL

| | | |
|---|---|---|
| TO: **Sharon Hyde** | FROM: **Patricia Wotnoske** | DATE: **02/05/2014** |
| INSURED: **Virgle W. Mc Ever III** | | |
| CLAIM NUMBER **C 0000 155 160** | | |
| REFERRAL AMOUNT: $ **17820** | DATE OF DISABILITY: **9/28/11** | AGE: **60** |
| OCCUPATION: **General Surgeon** | | |
| CAUSE OF DISABILITY: **DeQuervain's S/P surgical release** | | |
| CURRENT CLAIM STATUS **Active** | TYPE OF BENEFIT CURRENTLY BEING PROVIDED ☒ Total ☐ Partial ☐ Transition | |

**TYPE OF REFERRAL**

- ☐ Contestable DI
- ☐ Contestable WP
- ☐ Time Limit on Certain Defenses Review
- ☐ Rescission
- ☐ Reformation
- ☐ Possible Pre-existing
- ☐ Signature Limit
- ☐ Median Claim Duration/ 10 month Review
- ☐ 18 month Review
- ☐ Annual Review
- ☒ Lifetime Review
- ☐ Other (be specific )
- ☒ Denial
- ☐ Appeal of Denial
- ☐ Late Claim

## Occupation Updates

Insured is a right hand dominant surgeon requesting total disability limitations. He has not worked as a surgeon since 9/28/11.

In March 2013 insured indicated that he's been asked to be the medical director of a free clinic. He reported he would not get paid for it, it would be completely volunteer, and no surgical duties. To my knowledge, he has not taken this position.

## Other Coverage

$10,000 from Reliance Standard – continues to qualify for TD own occ x 5 yrs. Approved for Social Security Disability w onset of 9/2011.

## Medical Update

Dr. Weil's 10/25/12 report releases the insured to work with the restriction of limited rapid repetitive hand and wrist motions and limited repeated gripping. In addition, there is mention that insured should be able to work 50%. He also states insured should be able to work part time if not full, and perform most of the duties of a general surgeon.

The FCE showed a flattened course on grip testing which may be a sign of poor effort, or may be a sign of pain. Insured complained of pain during the testing.

There is a +Finkelstein's test

DEFENDANT'S EXHIBIT D-11



CONFIDENTIAL: Do not re-disclose or reproduce without prior written consent from Northwestern Mutual - Date 09/06/2019

Dr. Sanger states that the insured "appears to have persistent pain, most likely secondary to paresis, irritation of, or possible injury to a branch of the superficial radial nerve." He also states, "persistent Finkelstein's test, which can indicate incomplete release or possible scarring with the traction neuritis on the overlying nerve." In addition, Dr. Sanger recommends additional therapy, desensitization, and evaluation with pain management for a diagnostic nerve block.

There are inconsistencies: the insured states that he wears a brace during outside activities, but the brace itself was new at the FCE, and our surveillance does not show him wearing the brace or any evidence of pain avoidance behaviors.

Dr. Alba is not finding a basis for limitations based on the EME, FCE, and paper review reports, as well as the activity verification. Dr. Sanger, opines that the grip and pinch strengths are within limits that would allow insured to use surgical instruments. However, my review of these reports suggests that limitations from repetitive motion activities and reduced stamina for long surgeries may be supported.

**<u>Analysis/Recommendations</u>**

I recommend denial of TD benefits, but approval of PD benefits. Insured would have to report any earned income. Since insured indicates he is not working at this time, I recommend payment of benefits at 100%, and continued quarterly Cforms. Based on a partial disability determination, the insured would not qualify for the LTB.

We may wish to consider sending EME reports to insured's treating MD(s), and/or a research request to determine if insured is affiliated with volunteer clinic or Board position.

**Response:** I agree with your recommendation for partial disability. Pls let me review the draft of your letter.

**Respondent:** Sharon Hyde
**Date: March 16, 2014**



CONFIDENTIAL: Do not re-disclose or reproduce without prior written consent from Northwestern Mutual - Date 09/06/2019