**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| DR. VIRGLE W. McEVER III | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 5:19-CV-00394-TES |
| THE NORTHWESTERN MUTUAL | ) | |
| LIFE INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff's Proposed**
**Judgment**

This case was tried without a jury by the Court, which found that Dr. McEver was, from the ages of 60 through 65, and continues to be, totally disabled under the terms of the Disability and Life Policies specified below.

Benefits under Dr. McEver's Disability Policies were indexed for inflation until the policy anniversary following his 65th birthday, but no additional increases were permitted after his 65th birthday. [See Doc. 33-1, -2 and -3, p. 10; Doc. 33-4, p. 12; Doc. 33-5, p. 11]

Dr. McEver is entitled to recover benefits under Disability Policy No. D-573-004 at the rate of $4,453.24 per month [Doc. 6, p. 6] since December, 2018, [Doc. 33-19] through September, 2022 for 45 months, a total of $200,395.80.

Dr. McEver is entitled to recover benefits under Disability Policy No. D-674-265 at the rate of $1,335.97 per month [Doc. 6, p. 8] since January, 2019, [Doc. 33-19] through September, 2022, for 44 months, a total of $58,782.60.

Dr. McEver is entitled to recover benefits under Disability Policy D-706-948 at the rate of $5,343.89 per month [Doc. 6, p. 10] since November, 2018 [Doc. 33-18] through September, 2022, for 46 months, a total of $245,818.94.

Dr. McEver is entitled to recover benefits under Disability Policy D-753-342 at the rate of $3,562.60 per month [Doc. 6, pp. 12-13] since June, 2019, [Doc. 33-21] through September, 2022, for 39 months, a total of $138,941.40.

Dr. McEver is entitled to recover benefits under Disability Policy D-884-910 at the rate of $4,453.24 per month [Doc. 6, p. 14] since March, 2019, [Doc. 33-20] through September, 2022, for 42 months, a total of $187,036.08.

Dr. McEver is entitled to continue to receive monthly benefits under the Disability Policies in the amounts stated above as long as he remains eligible under Section 1.2 of each of the Disability Policies.

Dr. McEver was entitled to a waiver of premiums under his Life Policies, but was required to, and has, paid premiums since the partial disability determination was made in March, 2014, to keep those policies in force. [Doc. 35, pp. 141-143]

Dr. McEver is entitled to recover the premiums he paid for Life Policy No. 12744823 at the rate of $642.84 per month [Doc. 33-17] beginning, November,

2014, [Doc. 32-7, p. 4] and through September, 2022, for 95 months, a total of $61,069.80.

Dr. McEver is entitled to recover the premiums he paid for the Life Policy No. 11398624 at the rate of $696.00 per month [Doc. 33-17] beginning July, 2014 [Doc. 32-7, p. 4] and through September, 2022, for 99 months, a total of $68,904.00.

Dr. McEver is entitled to recover the premiums he paid for Life Policy No. 13235585 at the rate of $335.91 per month [$4,030.89 divided by 12, Doc 33-8, p. 3] beginning February, 2015 [Doc. 32-7, p. 4] and through September, 2022, for 92 months, a total of $30,903.72.

Dr. McEver is entitled to continue to have a waiver of his premiums as long as he remains eligible under the terms of the Life Policies.

Therefore, Plaintiff shall have and recover from Defendant the sum of $991,852.34 and costs of this action and have execution accordingly.

Dated ______________________

___________________________
David W. Bunt
Clerk of Court

Approved:

________________________________
United States District Judge

Submitted by:

*/s/ Thomas M. Green*

Thomas M. Green
State Bar No. 307425

Spivey Pope Green LLC
4875 Riverside Dr., Suite 200
Macon, GA 31210
478-254-7983
Fax 478-254-8980
tgreen@spgglaw.com

**Certificate of Service**

The foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

H. Sanders Carter, Jr.
Fox Rothschild LLP
999 Peachtree Street, NE, Suite 1500
Atlanta, GA 30309.

This 21st day of September, 2022.

*/s/ Thomas M. Green*
Thomas M. Green
State Bar No. 307425

Attorney for Plaintiff

Thomas M. Green
Spivey Pope Green LLC
4875 Riverside Dr., Suite 200
Macon, GA 31210
478-254-7983
478-254-8980
tgreen@spgglaw.com