IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DR. VIRGLE W. McEVER, III | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 5:19-cv-00394-TES |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**JUDGMENT**

The Court entered its Verdict (Doc. 46) dated September 15, 2022, finding (1) that plaintiff Virgle W. McEver, III was and is totally disabled under five individual disability insurance policies and three individual life insurance policies issued by defendant The Northwestern Mutual Life Insurance Company, and (2) that defendant did not reach its conclusion to the contrary in bad faith within the meaning of O.C.G.A. § 33-4-6.

Therefore, judgment is entered as follows:

Plaintiff shall recover from defendant the total sum of $1,024,658.70, consisting of benefits under the five disability insurance policies in the amount of $863,781.18 and a refund of premiums under the three life insurance policies in the amount of $160,877.52, and costs of this action. Plaintiff's entitlement to future disability benefits and to future waiver of premium benefits shall be in accordance with the terms of the policies.

This 28 day of September 2022.

Tilman E. Self, III, Judge
United States District Court